**Electronically Filed
Supreme Court
SCWC-30324
10-AUG-2012
10:05 AM**

NO. SCWC-30324

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ATMARAMA D. DIAZ, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30324; CR. CASE NOS. 1P104-11530 and 1P105-18336)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By:  Recktenwald, C.J., Nakayama, Acoba,
McKenna, and Pollack, JJ.)

        The Application for Writ of Certiorari filed on June 29, 2012 by Petitioner/Defendant-Appellant Atmarama D. Diaz is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

        DATED:  Honolulu, Hawai'i, August 10, 2012.

Eric A. Seitz,                    /s/ Mark E. Recktenwald
Della A. Belatti,
Ronald N.W. Kim,                  /s/ Paula A. Nakayama
Sarah R. Devine,
for petitioner                    /s/ Simeon R. Acoba, Jr.

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

